**Maurice Patrick FORTUNE, III,**
**Petitioner–Appellant,**

v.

**Commonwealth of VIRGINIA,**
**Respondent–Appellee.**

**No. 14–6436.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Maurice Patrick Fortune, III, Appellant pro se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Patrick Fortune, III, seeks to appeal the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Fortune seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67

(4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*